UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER N. MAGEE

v.   CA 09-122 ML

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration

ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Martin on May 28, 2010. This Court has reviewed Plaintiff's objection and the Report and Recommendation. Having done so, this Court concurs in the Magistrate Judge's conclusions and recommendations. Further, this Court finds no merit in Plaintiff's objections.

Accordingly, this Court adopts the Report and Recommendation in its entirety. Plaintiff's motion to reverse is DENIED. Defendant's motion to affirm is GRANTED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
June 17, 2010